IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-234-D

| | | |
|---|---|---|
| WYETH, | ) | |
|       Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SANDOZ, INC. | ) | |
|       Defendant. | ) | |

In light of the information contained in the various briefs and exhibits and the absence of less drastic alternatives to sealing, the pending motions to seal [D.E. 117, 120, 122, 124, 125] are GRANTED. See, e.g., Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

SO ORDERED. This 19 day of October 2009.

JAMES C. DEVER III
United States District Judge