IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-00234-D

| | |
|---|---|
| WYETH, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>SANDOZ INC., )<br>)<br>        Defendant. )<br>) | **ORDER** |

This matter is before the Court on the Joint Motion to Continue Status Conference. For good cause shown, the Motion is GRANTED. The parties shall submit a report to the Court within thirty days of the entry of this Order apprising the Court regarding the status of settlement discussions. Until the parties are able to finalize a settlement, they shall submit a report every thirty days after the first status report. The Court will re-schedule the Status Conference for

March 14, 2011, at noon.

SO ORDERED.

This the 3 day of January, 2011.

James C. Dever III
United States District Judge