IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-00234-D

WYETH,

                   Plaintiff,

    v.

SANDOZ, INC.,

                   Defendant.

## ORDER GRANTING WYETH'S MOTION TO SEAL

Upon consideration of Plaintiff Wyeth's Motion to Seal Documents, and any opposition thereto, and for good cause shown, it is hereby this _3_ day of _January_, 2011, by the United States District Court for the Eastern District of North Carolina,

ORDERED that said Motion is GRANTED and that Joint Motion to Continue Status Conference shall be filed UNDER SEAL.

                                                 Honorable James C. Dever, III,.
                                                 United States District Court Judge